page1

|  |  |
|---|---|
| 1 | Joel E. Elkins (SBN 256020) |
|  | jelkins@weisslawllp.com |
| 2 | **WEISSLAW LLP** |
|  | 9100 Wilshire Blvd. #725 E. |
| 3 | Beverly Hills, CA 90210 |
|  | Telephone: 310/208-2800 |
| 4 | Facsimile: 310/209-2348 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| STEPHEN HAAS, | ) Case No. 20-cv-02123-BAS-JLB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
|  | ) **DISMISSAL** |
| NTN BUZZTIME, INC., ALLEN WOLFF, MICHAEL GOTTLIEB, RICHARD SIMTOB, and SUSAN MILLER, | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Haas ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | | |
|---|---|---|
| 1 | Dated: March 22, 2021 | **WEISSLAW LLP**<br>Joel E. Elkins |
| 2 | | |
| 3 | | By: */s/ Joel E. Elkins* |
| 4 | | Joel E. Elkins<br>9100 Wilshire Blvd. #725 E. |
| 5 | | Beverly Hills, CA 90210<br>Telephone: 310/208-2800 |
| 6 | **OF COUNSEL:** | Facsimile: 310/209-2348 |
| 7 | **BRAGAR EAGEL & SQUIRE P.C.** | -and-<br>Richard A. Acocelli |
| 8 | Alexandra B. Raymond<br>810 Seventh Avenue, Suite 620 | 1500 Broadway, 16th Floor<br>New York, NY 10036 |
| 9 | New York, NY 10019<br>Tel: (646) 860-9158 | Telephone: 212/682-3025<br>Facsimile: 212/682-3010 |
| 10 | Fax: (212) 214-0506<br>Email: raymond@bespc.com | |
| 11 | | *Attorneys for Plaintiff* |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL